UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 24-CR-50 (CRC) |
| | : | |
| v. | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| **ZHONG CHEN,** | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C),** |
| **Defendant.** | : | **28 U.S.C. § 2461(c)** |

## STATEMENT OF OFFENSE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense in the above-captioned case.

The parties stipulate to the following facts.

1. Zhong Chen resided in Maryland.

2. Chen was the sole owner of the Shanghai Tokyo Café restaurants. One was located in Washington, D.C. ("Chen's D.C. Restaurant"). The other was located in College Park, Maryland ("Chen's Maryland Restaurant").

3. Chen's D.C. Restaurant maintained a bank account at Wells Fargo Bank.

4. Chen's Maryland Restaurant maintained a bank account at PNC Bank.

5. Chen maintained a personal bank account at Capital One Bank.

6. Chen maintained personal investment accounts at Robinhood and TD Ameritrade.

7. The Paycheck Protection Program ("PPP") was a COVID-19 pandemic relief program administered by the Small Business Administration ("SBA") that provided forgivable loans to small businesses for job retention and certain other expenses. PPP loans were fully guaranteed by the SBA.

ZC

8. To obtain a PPP loan, a qualifying business had to submit a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan, including that the business was in operation and either had employees for whom it paid salaries and payroll taxes or paid independent contractors.

9. PPP loan applications were electronically submitted or caused to be submitted by the borrower and received through SBA servers located in Virginia or Oregon. Once approved, the business received the PPP loan proceeds via an electronic funds transfer from the third-party lender to a financial account under the control of the business.

10. The proceeds of a PPP loan could be used for certain specified items, such as payroll costs, costs related to the continuation of group health care benefits, or mortgage interest payments. The proceeds of a PPP loan were not permitted to be used by the borrowers to fund the borrower's ordinary day-to-day living expenses unrelated to the specified authorized expenses.

11. In response to the COVID-19 pandemic, the SBA also offered certain entities, including small business owners, Economic Injury Disaster Loans ("EIDL"). These loans were provided directly from the SBA and were low-interest, fixed-rate, long-term loans. EIDL loan proceeds could be used for working capital to make regular payments for operating expenses, including payroll, rent/mortgage, utilities, and other ordinary business expenses, and to pay business debt.

12. Between approximately May 2020 and July 2021, Chen applied for PPP and EIDL loans and Chen's Restaurants received approximately $964,843 in PPP and EIDL loans. Chen's D.C. Restaurant received approximately $322,162. Chen's Maryland Restaurant received

ZC

approximately $642,681. The deposited amounts and types of loans are detailed in the following chart.

| Date | Restaurant Location | Deposited Amount | Account | Loan Program/ Lender |
|---|---|---|---|---|
| May 8, 2020 | MD | $55,867 | PNC | PPP/Cross River |
| May 19, 2020 | DC | $65,526 | Wells Fargo | PPP/Celtic Bank |
| June 18, 2020 | DC | $10,000 | Wells Fargo | EIDL/SBA |
| June 18, 2020 | MD | $10,000 | PNC | EIDL/SBA |
| June 29, 2020 | DC | $149,900 | Wells Fargo | EIDL/SBA |
| June 29, 2020 | MD | $149,900 | PNC | EIDL/SBA |
| Jan. 29, 2021 | DC | $91,736 | Wells Fargo | PPP/Celtic Bank |
| Feb. 25, 2021 | MD | $78,214 | PNC | PPP/First Home Bank |
| July 13, 2021 | DC | $5,000 | Wells Fargo | EIDL/SBA |
| July 29, 2021 | MD | $348,700 | PNC | EIDL/SBA |

13. When Chen applied for the loans, he signed applications and other forms stating that he understood how the loans were to be used. For example, on or about January 27, 2021, in connection with the $91,736 PPP loan to Chen's D.C. Restaurant, he certified that all loan proceeds would only be used for business-related purposes and indicated that the "funds will be used to retain workers and maintain payroll; or make payments for mortgage interests, rent, utilities, covered operation expenditures, covered property damage costs, covered supplier costs, and covered worker protection expenditures as specified under the Paycheck Protection Program Rules." Chen further indicated that, "I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud."

14. On or about February 5, 2021, approximately one week after the D.C. restaurant's Wells Fargo bank account received roughly $91,736 in PPP loan proceeds, Chen used approximately $35,000 from that Wells Fargo account to purchase a cashier's check payable to

ZC

himself. He then deposited that check into his personal Capital One bank account and transferred $30,000 to his Robinhood account, which he used to day trade stocks.

15. At the time that he applied for the approximately $91,736 PPP loan, Chen falsely certified that all loan proceeds would be used only for business-related purposes knowing and intending that he would misappropriate some loan proceeds to a personal investment account to allow him to engage in day trading. Moreover, by submitting the application, which contained his false certification, Chen caused an interstate wire transmission.

16. Chen admits that of the approximately $964,843 his D.C. and Maryland Restaurants received in PPP and EIDL loans, Chen misappropriated $354,520 and used those funds to engage in day trading through his Robinhood and TD Ameritrade investment accounts.

17. The proceeds from Chen's scheme that he obtained have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court. ZC

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Kondi J. Kleinman
Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime that is charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 1/24/2024

ZHONG CHEN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 1/24/24

Richard A. Finci, Esq.
Counsel for Zhong Chen